**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

April 4, 2005

CASE TITLE:    CARLOS CHICO-v-ROSANNE CAMPBELL  
RECEIVED FROM: USDC, Eastern District of Califonira

CASE NUMBER:    CV 05-01282 MJJ

TO COUNSEL OF RECORD:

      The above entitled action has been transferred to this District.  All future filings should reflect the above case number.

      Sincerely,

      RICHARD W. WIEKING, Clerk


      by:  Sheila Rash  
      Case Systems Administrator

o:\mrg\civil\transin.mrg