FILED

MAY 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHICO,

    Plaintiff,

v.

CAMPBELL,

    Defendant.

No. C05-01282 MJJ

**ORDER TO SHOW CAUSE**

Petitioner Carlos Chico ("Petitioner") has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his criminal sentence imposed by the California Superior Court for the County of San Mateo.

For good cause shown, it is hereby ordered that:

1. The Clerk of the Court shall serve by certified mail a copy of this Order and the petition and all attachments thereto upon Respondent. The Clerk shall also serve a copy of this Order on Petitioner.

2. Respondent shall file and serve within sixty (60) days of the issuance of this Order, an answer showing cause why a writ of habeas corpus should not issue.

3. If Petitioner wishes to respond to the answer, he shall do so by filing and serving a traverse within thirty (30) days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: 5/4/07

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE