EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
NANETTE WINAKER, State Bar No. 186025
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5934
Fax: (415) 703-1234
Email: Nanette.Winaker@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS CHICO,**<br>Petitioner,<br>**v.**<br>**ROSEANNE CAMPBELL, Warden,**<br>Respondent. | C 05-01282 MJJ<br>**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |

Respondent hereby requests a 60-day extension of time until September 13, 2007, pursuant to Civil L.R. 7-8 and 7-11, within which to file a response to the petition for writ of habeas corpus and provide the relevant state record, as required by this Court's Order to Show Cause filed May 16, 2007. The application is based on the file in this case and the attached declaration of Nanette Winaker. Petitioner's counsel, Benjamin Ramos, has been contacted regarding respondent's request for an extension of time and has no objection.

Wherefore, respondent respectfully requests that the time within which respondent must comply with this Court's Order to Show Cause be extended to and including September 13, 2007.

//

Dated: July 10, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Nanette Winaker

NANETTE WINAKER
Deputy Attorney General
Attorneys for Respondent

NW:er
20095451.wpd
SF2007401458

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
NANETTE WINAKER, State Bar No. 186025
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5934
Fax: (415) 703-1234
Email: Nanette.Winaker@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS CHICO,**<br>Petitioner,<br>**v.**<br>**ROSEANNE CAMPBELL, Warden,**<br>Respondent. | C 05-01282 MJJ<br>**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |

Respondent hereby requests a 60-day extension of time until September 13, 2007, pursuant to Civil L.R. 7-8 and 7-11, within which to file a response to the petition for writ of habeas corpus and provide the relevant state record, as required by this Court's Order to Show Cause filed May 16, 2007. The application is based on the file in this case and the attached declaration of Nanette Winaker. Petitioner's counsel, Benjamin Ramos, has been contacted regarding respondent's request for an extension of time and has no objection.

Wherefore, respondent respectfully requests that the time within which respondent must comply with this Court's Order to Show Cause be extended to and including September 13, 2007.

//

Dated: July 10, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Nanette Winaker

NANETTE WINAKER
Deputy Attorney General
Attorneys for Respondent

NW:er
20095451.wpd
SF2007401458

Application For EOT To File Response - *Chico v. Campbell, Warden* - C 05-01282 MJJ

2

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
NANETTE WINAKER, State Bar No. 186025
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5934
Fax: (415) 703-1234
Email: Nanette.Winaker@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS CHICO,**<br>Petitioner,<br>**v.**<br>**ROSEANNE CAMPBELL, Warden,**<br>Respondent. | C 05-01282 MJJ<br>**DECLARATION OF NANETTE WINAKER IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |

I, NANETTE WINAKER, declare under penalty of perjury:

I am a Deputy Attorney General for the State of California and am responsible for the preparation and filing of a response to this Court's Order to Show Cause in this habeas proceeding.

This Court's Order to Show Cause was filed May 16, 2007, and ordered respondent to file an answer within 60 days or by July 15, 2007. I am unable to prepare and file a response by July 15, 2007, for the reasons set forth below.

In the past 60 days, I have filed respondent's briefs in the California Courts of Appeal in *People v. Williams* (A114491), and *People v. Armstrong* (H029397). I have also filed an answer in *In re Hernandez* (H031247), and in *Carrasco v. Evans* (C 06-7849 SBA (PR)).

I am currently preparing respondent's briefs in *People v. Ray* (A11688) and *People v. Mazza* (A115237). I must also prepare and file respondent's briefs and answers in several previously assigned cases. *See e.g.*, *People v. Givens* (A115487), *Saldana v. Scribner* (C 06-02126 JW (PR)), and will be out of the office on prepaid vacations between July 17, 2007, and July 24, 2007, and August 20, 2007, and August 24, 2007.

Accordingly, I request that the Court grant respondent an extension of sixty days, to and including September 13, 2007, in which to file the response.

Dated: July 10, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Nanette Winaker

NANETTE WINAKER
Deputy Attorney General
Attorneys for Respondent

NW:er
20095455.wpd
SF2007401458

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS CHICO,**<br>Petitioner,<br>**v.**<br>**ROSEANNE CAMPBELL, Warden,**<br>Respondent. | C 05-01282 MJJ<br>**[PROPOSED] ORDER** |

**IT IS HEREBY ORDERED** that the time within which respondent is to answer the Order to Show Cause of May 16, 2007, and provide the relevant state court record, will be extended to September 13, 2007. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer.

Dated: ______________________

______________________
The Honorable Martin J. Jenkins
United States District Judge