IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS CHICO,<br><br>         Petitioner,<br><br> v.<br><br>ROSEANNE CAMPBELL, Warden,<br><br>         Respondent. | C 05-01282 MJJ<br><br>[PROPOSED] ORDER |

  **IT IS HEREBY ORDERED** that the time within which respondent is to answer the Order to Show Cause of May 16, 2007, and provide the relevant state court record, will be extended to September 13, 2007. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer.

Dated: ____7/13/07_____

_____
The Honorable Martin J. Jenkins
United States District Judge

20095460.wpd