1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  NANETTE WINAKER, State Bar No. 186025
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5934
    Fax:  (415) 703-1234
8   Email:  Nanette.Winaker@doj.ca.gov

9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  **CARLOS CHICO,**                          C 05-01282 MJJ

15                          Petitioner,        **APPLICATION FOR**
                                               **EXTENSION OF TIME TO**
16         v.                                  **FILE RESPONSE**

17  **ROSEANNE CAMPBELL, Warden,**

18                          Respondent.

19

20         Respondent hereby requests a 60-day extension of time until November 12, 2007, pursuant

21  to Civil L.R. 7-8 and 7-11, within which to file a response to the petition for writ of habeas corpus

22  and provide the relevant state record, as required by this Court's Order to Show Cause filed May 16,

23  2007.  The application is based on the file in this case and the attached declaration of Nanette

24  Winaker. Petitioner's counsel, Benjamin Ramos, has been contacted regarding respondent's request

25  for an extension of time and has not lodged an objection.

26         Wherefore, respondent respectfully requests that the time within which respondent must

27  comply with this Court's Order to Show Cause be extended to and including November 12, 2007.

28  //

Application For EOT To File Response - *Chico v. Campbell, Warden* - C 05-01282 MJJ
1

1 | Dated: September 7, 2007

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

9 | /s/ Nanette Winaker

10 | NANETTE WINAKER
Deputy Attorney General
Attorneys for Respondent

13 | NW:er
20103637.wpd
14 | SF2007401458

Application For EOT To File Response - *Chico v. Campbell, Warden* - C 05-01282 MJJ

2

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  NANETTE WINAKER, State Bar No. 186025
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5934
    Fax:  (415) 703-1234
8   Email:  Nanette.Winaker@doj.ca.gov

9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  **CARLOS CHICO,**                         C 05-01282 MJJ

15                      Petitioner,           **APPLICATION FOR
                                              EXTENSION OF TIME TO**
16       v.                                   **FILE RESPONSE**

17  **ROSEANNE CAMPBELL, Warden,**

18                      Respondent.

19

20      Respondent hereby requests a 60-day extension of time until November 12, 2007, pursuant

21  to Civil L.R. 7-8 and 7-11, within which to file a response to the petition for writ of habeas corpus

22  and provide the relevant state record, as required by this Court's Order to Show Cause filed May 16,

23  2007.  The application is based on the file in this case and the attached declaration of Nanette

24  Winaker. Petitioner's counsel, Benjamin Ramos, has been contacted regarding respondent's request

25  for an extension of time and has not lodged an objection.

26      Wherefore, respondent respectfully requests that the time within which respondent must

27  comply with this Court's Order to Show Cause be extended to and including November 12, 2007.

28  //

Application For EOT To File Response - *Chico v. Campbell, Warden* - C 05-01282 MJJ

1

1     Dated: September 7, 2007

2                       Respectfully submitted,

3                       EDMUND G. BROWN JR.
                        Attorney General of the State of California

4                       DANE R. GILLETTE
                        Chief Assistant Attorney General

5

                      GERALD A. ENGLER
6                       Senior Assistant Attorney General

                      PEGGY S. RUFFRA
7                       Supervising Deputy Attorney General

8

9
                      /s/ Nanette Winaker
10
                      NANETTE WINAKER
11                      Deputy Attorney General
                       Attorneys for Respondent

12

13 NW:er
   20103637.wpd
14   SF2007401458

Application For EOT To File Response - *Chico v. Campbell, Warden* - C 05-01282 MJJ

2

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  NANETTE WINAKER, State Bar No. 186025
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5934
     Fax:  (415) 703-1234
8    Email:  Nanette.Winaker@doj.ca.gov

9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS CHICO,** | C 05-01282 MJJ |
| Petitioner, | **DECLARATION OF NANETTE WINAKER IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **ROSEANNE CAMPBELL, Warden,** | |
| Respondent. | |

20        I, NANETTE WINAKER, declare under penalty of perjury:

21        I am a Deputy Attorney General for the State of California and am responsible for the

22  preparation and filing of a response to this Court's Order to Show Cause in this habeas proceeding.

23        This Court's Order to Show Cause was filed May 16, 2007, and ordered respondent to file

24  an answer within 60 days or by July 15, 2007.  On July 23, 2007, this Court granted my application

25  requesting an additional 60 days in which to file an answer; the current due date is September 13,

26  2007.  I am unable to prepare and file a response by September 13, 2007, for the reasons set forth

27  below.

28        In the past 60 days, I have filed respondent's briefs in the California Courts of Appeal in

*People v. Mazza* (A115237), *People v. Ray* (A111688), and *People v. Givens* (A115487). I have also filed a supplemental brief in *People v. Tran* (H030306). In addition, I was out-of-state and out of the office between July 18, 2007 – July 24, 2007, and August 20, 2007 – August 24, 2007.

I am currently preparing a respondent's brief in *People v. Bryant* (A114925), and will be out of the office on a prepaid vacation between September 12, 2007, and September 21, 2007. I must also prepare an answer in a previously assigned case. *See e.g.*, *Saldana v. Scribner* (C 06-02126 JW (PR)).

Accordingly, I request that the Court grant respondent an extension of sixty days, to and including November 12, 2007, in which to file the response.

Dated: September 7, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Nanette Winaker

NANETTE WINAKER
Deputy Attorney General
Attorneys for Respondent

NW:er
20103639.wpd
SF2007401458

Dec of NW In Support Of Application For EOT - *Chico v. Campbell, Warden* - C 05-01282 MJJ

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS CHICO,** | C 05-01282 MJJ |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **ROSEANNE CAMPBELL, Warden,** | |
| Respondent. | |

**IT IS HEREBY ORDERED** that the time within which respondent is to answer the Order to Show Cause of May 16, 2007, and provide the relevant state court record, will be extended to November 12, 2007. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer.

Dated: _____    _____
                                  The Honorable Martin J. Jenkins
                                  United States District Judge

20103641.wpd