
**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CHICO,                                No. C05-01282 MJJ

12              Plaintiff,        **ORDER DENYING WITHOUT**
                                 **PREJUDICE APPLICATION FOR**
13      v.                        **EXTENSION OF TIME**

14   CAMPBELL,

15              Defendant.
                                              /
16

17                        **INTRODUCTION**

18          Before the Court is Respondent's Application For Extension Of Time To File Response.

19   (Docket No. 15.)   Respondent's Application does not comply with Civil L.R. 6-3(a)(2)  as it is not

20   accompanied by a declaration adequately detailing the efforts the party has made to obtain a

21   stipulation to the time change.  Accordingly, the Court **DENIES** the Application **WITHOUT**

22   **PREJUDICE**.

23

24   **IT IS SO ORDERED.**

25

26

27   Dated: September 11, 2007            _____
                                          MARTIN J. JENKINS
28                                        UNITED STATES DISTRICT JUDGE