IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS CHICO,** | C 05-01282 MJJ |
| Petitioner, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **ROSEANNE CAMPBELL, Warden,** | |
| Respondent. | |

**IT IS HEREBY ORDERED** that the time within which respondent is to answer the Order to Show Cause of May 16, 2007, and provide the relevant state court record, will be extended to November 12, 2007. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer.

Dated: 09/28/07

_____
The Honorable Martin J. Jenkins
United States District Judge

20103641.wpd