1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  NANETTE WINAKER, State Bar No. 186025
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5934
     Fax:  (415) 703-1234
8    Email:  Nanette.Winaker@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS CHICO,** | C 05-01282 MJJ |
| Petitioner, | **REVISED MOTION OF HEARING TIME FOR MOTION TO DISMISS HABEAS CORPUS PETITION FOR FAILURE TO EXHAUST STATE REMEDIES OR FAILURE TO STATE A FEDERAL CLAIM** |
| v. | |
| **ROSEANNE CAMPBELL, Warden,** | |
| Respondent. | |
| | Hearing Date:  December 4, 2007; 9:30 a.m. |

Respondent hereby moves to re-notice the hearing time for the Motion to Dismiss Petitioner's Habeas Corpus Petition for Failure to Exhaust State Remedies or Failure to State a Federal Claim.  This motion will be heard on December 4, 2007, at 9:30 a.m.

Revised Motion Of Hearing Time For Motion To Dismiss -*Chico v. Campbell* - C 05-01282 MJJ

1


Dated: October 16, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Nanette Winaker

NANETTE WINAKER
Deputy Attorney General
Attorneys for Respondent

NW:er
SF2007401458
20109758.wpd