BENJAMIN RAMOS, State Bar No.:156643
LAW OFFICE OF BENJAMIN RAMOS
7405 Greenback Lane #287
Citrus Heights, CA 95610
Telephone: (916) 967-2927

Attorney for Petitioner,
Carlos Chico

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS CHICO, | Case No.: C 05-01282 MJJ |
| Petitioner, | NOTICE OF INTENTION TO SUBMIT MATTER (MOTION TO DISMISS) WITHOUT ORAL ARGUMENT |
| v. | |
| ROSEANNE CAMPBELL, Warden, | December 4, 2007 Time: 9:30 a.m. |
| Respondent. | |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that counsel undersigned intends to submit to the Court respondent's Motion to Dismiss (scheduled above) on the moving papers and opposition without oral argument, unless so required by the Court.

Dated: October 17, 2007         /S/ Benjamin Ramos
                                Benjamin Ramos, Attorney for
                                Petitioner, Carlos Chico