**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICO, | No. C05-01282 MJJ |
| Plaintiff, | **ORDER RE: RESPONDENT'S MOTION TO DISMISS** |
| v. | |
| CAMPBELL, | |
| Defendant. | |

On October 15, 2007, Respondent filed a Motion to Dismiss Habeas Corpus Petition For Failure To Exhaust State Remedies Or Failure To State A Federal Claim ("Motion") (Docket No. 19). Respondent noticed the Motion for this Court's regular civil law and motion calendar on December 4, 2007.

The Court hereby **VACATES** the hearing date on the Motion and **SETS** the following briefing schedule. Petitioner shall file with the Court an opposition or statement of non-opposition within 30 days of the filing of the Motion. Respondent may file with the Court a reply within 15 days of the date any opposition is filed, at which time the Motion will be deemed submitted. No further briefing or oral argument will be heard on the Motion absent further order of the Court.

Dated: October 17, 2007

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE