IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CHICO,

       Petitioner,

  v.

ROSEANNE CAMPBELL, Warden,

       Respondent.
_____/

No. C 05-01282 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Motion to Dismiss,

    IT IS ORDERED AND ADJUDGED

    That Petitioner Carlos Chico's Petition for Writ of Habeas Corpus is dismissed with prejudice and that each party bear its own costs of action.

    Dated at Oakland, California, this 28th day of April, 2008.

                                    RICHARD W. WIEKING
                                    Clerk of Court

                       By: _____*Sheilah Cahill*_____
                                    SHEILAH CAHILL
                                    Deputy Clerk

United States District Court
For the Northern District of California